# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> KEVIN BODDIE and PENNSYLVANIA HUMAN RELATIONS COMMISSION, <br><br> Defendants-Appellees. | Case No. 24-2772 |

### CONSENT MOTION TO STAY BRIEFING SCHEDULE
### PENDING PRIVATE MEDIATION

Defendant-Appellee Kevin Boddie hereby submits this consent motion to stay the briefing schedule in this matter pending private mediation, which is scheduled for March 31, 2025.

Since December 2024, the parties have discussed scheduling a mediation with the goal of working towards a resolution of this matter. *See* Dkt. No. 24, at 1. The parties have subsequently agreed upon a private mediator and scheduled the mediation for March 31, 2025. A stay of the briefing schedule pending mediation would allow the parties to focus their efforts on preparing for and mediating this case, and conserve both judicial and private resources while the parties explore settlement. *Cf.* L.A.R. 33.3 (permitting deferral of briefing schedule during pendency of mediation conducted by the Appellate Mediation Program). Absent a

stay, Defendants-Appellees' answering briefs are due on February 18, 2025, and any reply would be due on March 11, 2025.

The parties have conferred, and Plaintiff-Appellant Uber Technologies, Inc. and Defendant-Appellee Pennsylvania Human Relations Commission consent to this request.

For the foregoing reasons, Defendant-Appellee Boddie respectfully requests that this Court grant this Motion.

Dated: February 6, 2025          Respectfully submitted,

*/s/ Pooja Shethji*
Pooja Shethji (D.C. Bar No. 1632574)
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW
Suite 1200B
Washington, D.C. 20005
Tel.: (202) 847-4400

*Attorney for Defendant-Appellee Kevin Boddie*

## CERTIFICATE OF UNCONTESTED MOTION

I hereby certify, pursuant to L.A.R. 27.3 that I have conferred with counsel for Plaintiff-Appellant Uber Technologies, Inc. and Defendant-Appellee Pennsylvania Human Relations Commission and the relief sought in this Motion is uncontested.

*/s/ Pooja Shethji*
Pooja Shethji

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion to Stay Briefing Deadlines Pending Mediation was served February 6, 2025 upon counsel of record via the Court's ECF filing system.

*/s/ Pooja Shethji*
Pooja Shethji